UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
|    JAMES HAROLD ELLIS, JR. ) | |
|    PATRICIA SUE ELLIS ) | CASE NO. 16-50028 |
| ) | CHAPTER 13 |
| ) | |
|                 DEBTOR(S) ) | |

## MOTION TO AMEND ORDER OF CONFIRMATION

**COME NOW** the Debtors, by and through counsel, herby move the Court, pursuant to 11 U.S.C. § 1305 to amend the Order of Confirmation. In support of this Motion Debtors state as follows:

1. The Debtors filed a Chapter 13 Bankruptcy on January 21, 2016.

2. The Debtors owe a debt to Cerastes, LLC, which secures a 2012 Polaris. The Order of Confirmation omits the treatment of Proof of Claim Number 7 filed by Cerastes, LLC. and therefore, needs to be amended to include.

**WHEREFORE**, Debtors, move this court, pursuant to 11 U.S.C. § 1305(1) to amend the Order of Confirmation.

**SO MOVED** this the 22nd day of June, 2016.

/s/ Jason E. Holland
Jason E. Holland
Attorney at Law
905 South Main Street
P.O. Box 540
Hopkinsville, KY  42241-0540
270.886.9794

## **CERTIFICATION**

I, Jason E. Holland, do hereby certify that a copy of the foregoing Motion was mailed, United States mail postage prepaid to the following:

| | |
|---|---|
| U.S. Trustee<br>512 U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202 | William Lawrence, Trustee<br>310 Legal Arts Building<br>200 S. Seventh Street<br>Louisville, KY 40202 |

Cerastes, LLC
c/o  Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

And all creditors listed on the mailing matrix.

On this the 22nd day June, 2016.

/s/ Jason E. Holland
Jason E. Holland