## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES HAROLD ELLIS, JR. | ) | CASE NO. 16-50028 |
| PATRICIA SUE ELLIS | ) | CHAPTER 13 |
| | ) | |
| DEBTOR(S) | ) | |

### ORDER AMENDING ORDER OF CONFIRMATION

**THIS MATTER** having come before this Court on Motion by the Debtors to amend the Order of Confirmation and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Order of Confirmation is hereby amended to include the following:

| | Creditor | Secured | Unsecured |
|---|---|---|---|
| #7 | Cerastes, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | $3,000.00<br>(4.25%) | $955.20 |

PREPARED BY:
*/s/ Jason E. Holland*
Jason E. Holland
Attorney at Law
905 South Main Street
P.O. Box 540
Hopkinsville, KY  42241-0540
270.886.9794